# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**Sartek LLC and Sartek Industries, Inc.,**

    **Plaintiffs,**

vs.

**Lamartek, Inc. d/b/a Dive-Rite, Dive-Rite Manufacturing, Inc., Underwater Kinetics, Inc., Halcyon Manufacturing, Inc., Extreme Exposure, Inc., Ocean Management Systems, Inc., Light & Motion Industries, Inc., Niterider Dive Lights, Inc., Dive Lights International, Inc., American Underwater Lighting, Inc., D.P.V. Repair, Arnold T. Jackson, Terkel Dive Equipment, Inc., Aquavideo Productions, Inc., Hawes Lights, Amphibico, Inc., Manta Industries, Inc., Reva International, Ltd., and Welch Allyn, Inc.,**

    **Defendants,**

**STIPULATION**

**Case Number 3:04-CV-0098**

**Judge Walter H. Rice**

**Welch Allyn, Inc.,**

    **Plaintiff-in-Counterclaim,**

vs.

**Carl Saieva,**

    **Defendant-in-Counterclaim.**

Pursuant to Federal Rule Civil Procedure 29, it is hereby stipulated by and between counsel for the parties hereto that Plaintiffs Sartek LLC and Sartek Industries, Inc. ("Sartek") and Defendant Welch Allyn, Inc. ("Welch Allyn") have agreed to extend Welch Allyn's deadline to respond to Sartek's First Set of Request for Production of Documents and First Set of Interrogatories through and including May 31, 2011.

5353566.1

| | |
|---|---|
| **BIESER, GREER & LANDIS LLP** | **HISCOCK & BARCLAY, LLP** |
| By: /s/ James H. Greer (with permission)<br>    James H. Greer, Esq. (0046555) | By:_____<br>    Michael A. Oropallo, Esq. |
| *Attorneys for Plaintiffs*<br>400 PNC Center;<br>6 North Main Street<br>Dayton, OH 45402<br>Telphone: (937) 223-3277<br>Fascimile: (937) 223-6339<br>Email: jhg@bgllaw.com | *Attorneys for Defendant*<br>One Park Place<br>300 South State Street<br>Syracuse, New York 13202<br>Telephone: 315-425-2831<br>Facsimile: 315-703-7367<br>E-Mail:  moropallo@hblaw.com |

5353566.1