IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| SARTEK LLC, et. al. | : | |
|       Plaintiff(s), | : | Case No. 3:04-cv-098 |
| - vs - | | Judge Walter Herbert Rice |
| LAMARTEK, INC, et. al., | : | |
| | : | |
|       Defendant(s). | | |

**ORDER**

It is hereby ordered that the above captioned cause be administratively processed.

January 31, 2011

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case Stayed without objection by counsel, in order to allow state law claims to be resolved in state court in New York State. This court wants a status report of the New York action in 9 months."